UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PRISON LEGAL NEWS,<br>       PLAINTIFF<br><br>v.<br><br>ANTHONY BETTERTON, individually and in his official capacity as Sheriff of Upshur County; JILL MCCAULEY, individually and in her official capacity as Lieutenant of Upshur County Jail, and UPSHUR COUNTY,<br>       DEFENDANTS | § § § § § § § § § § § § | CIVIL ACTION NO. 2:12-cv-699 |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Prison Legal News (PLN) requests leave to amend its Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), which permits one amendment as a matter of course.

Amendment is necessary because Defendant McCauley refuses to accept service – the original complaint's caption misidentifies her as "Jill *McCoy*."

Dated: November 26, 2012.

                                                Respectfully submitted,

                                                /s/ Brian McGiverin
                                                Brian McGiverin
                                                Texas Bar. No. 24067760
                                                Scott Medlock
                                                Texas Bar No. 24044783
                                                James C. Harrington
                                                Texas Bar No. 09048500

                                                TEXAS CIVIL RIGHTS PROJECT
                                                1405 Montopolis Dr.
                                                Austin, TX 78741
                                                Tel. (512) 474-5073
                                                Fax (512) 474-0726

                                                ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF CONFERENCE

Conference with opposing counsel, pursuant to Local Rule CV-7, is not possible because Defendants have not filed an answer and no attorney has appeared on their behalf.

/s/ Brian McGiverin<br>
Brian McGiverin

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Eastern District of Texas.

/s/ Brian McGiverin<br>
Brian McGiverin