UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PRISON LEGAL NEWS, | § | |
|         PLAINTIFF | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:12-cv-699 |
| | § | |
| ANTHONY BETTERTON, individually and | § | |
| in his official capacity as Sheriff of Upshur | § | |
| County; JILL MCCAULEY, individually | § | |
| and in her official capacity as Lieutenant of | § | |
| Upshur County Jail, and UPSHUR | § | |
| COUNTY, | § | |
|         DEFENDANTS | | |

**ORDER**

Having considered Plaintiff's Motion to Amend and all arguments presented, the Court is of the opinion the Motion should be granted.

IT IS, THEREFORE, ORDERED, that Plaintiff's Motion is GRANTED.